No. 6781.

THE STATE VS. RICHARD MILLER.

In an indictment for perjury, it is not necessary that the whole of the testimony given by the accused at the time of the false swearing shall be set out, but only that material part which is charged to be false, and which constitutes the perjury.

It is unnecessary that the indictment shall charge that the prisoner did " unlawfully" commit perjury. The indictment conforms to the statute when it charges that he " wilfully and corruptly," etc. Perjury cannot be lawfully committed.

Nor need the indictment set out that the accused was " sworn on the holy gospel of God to speak the truth, the whole truth, and nothing but the truth." It is sufficient if it be charged that he was duly sworn as a witness in the suit, etc.

APPEAL from the Superior Criminal Court of New Orleans. WHITAKER, J.

The Attorney-General for the State. *Belden* and *Hunsacker* for the Defendant.

MARR, J., delivered the opinion affirming the judgment.